UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ANITA DUNLAP,<br><br>　　　　　　Defendant,<br>　　v.<br><br>KING COUNTY PAYROLL,<br><br>　　　　　　Garnishee-Defendant. | CASE NO. 2:23-mc-00019-LK<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT |

This matter comes before the Court on the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Anita Dunlap, aka Alexis Francois, from King County Payroll, the Garnishee. Dkt. No. 1. Having reviewed the record in this matter, the Court ORDERS that the Clerk of the Court issue the Writ of Continuing Garnishment submitted on March 8, 2023, Dkt. No. 1-3, against King County Payroll, whose address is:

ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT - 1

King County Payroll
Attn: Payroll Operations, CNK-ES-0230
401 Fifth Ave., Ste. 230
Seattle, WA 98104

Dated this 14th day of March, 2023.

*Lauren King*

Lauren King
United States District Judge