**Judge Tana Lin**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANITA DUNLAP a/k/a ALEXIS FRANCOIS,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>KING COUNTY PAYROLL,<br><br>Garnishee. | Case No. 2:23-cv-00450-TL<br><br>(2:23-MC-00019)<br>(2:01-CR-00373-1)<br><br>[Proposed] Agreed Continuing Garnishment Order |

A Writ of Continuing Garnishment directed to Garnishee, King County Payroll (King County) has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee King County filed its Answer on March 27, 2023, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Anita Dunlap a/k/a Alexis Francois (Ms. Dunlap) was an active employee who was paid bi-weekly.  Dkt. no. 7 at 2.

[PROPOSED] AGREED CONTINUING GARNISHMENT ORDER
Nos. 2:23-cv-0450-TL; 2:01-CR-00373-1 ) – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

After notification of the garnishment proceeding was mailed to the parties on or about March 15, 2023, Ms. Dunlap objected to the writ of garnishment and requested a hearing.  Dkt. no. 6.

On April 4, 2023, the United States filed an Agreed Motion for Continuing Garnishment Order, stating that it had agreed with Ms. Dunlap to request a reduced garnishment rate of 10 percent of her disposable earnings at King County, and Ms. Dunlap had agreed to withdraw her objection to the garnishment.  The United States attached a jointly presented Agreed Continuing Garnishment Order to that effect.

IT IS THEREFORE ORDERED as follows:

That Ms. Dunlap's Objection to the garnishment [Dkt. no. 6] is dismissed as moot;

That Garnishee King County shall pay to the Court, all non-exempt earnings payable to Ms. Dunlap that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, King County shall withhold and pay to the Court only 10 percent of the disposable earnings payable to Ms. Dunlap upon each period of time when Ms. Dunlap is entitled to receive such funds, and shall continue such payments, if any, until Ms. Dunlap's debt is paid in full or until she is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Ms. Dunlap, or until further order of this Court;

[PROPOSED] AGREED CONTINUING GARNISHMENT ORDER
Nos. 2:23-cv-0450-TL; 2:01-CR-00373-1 ) – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

That the Court shall apply all such payments to Ms. Dunlap's outstanding obligation in Case No. 2:01-CR-00373-1; and

That the payments shall be made payable to the United States District Court, Western District of Washington, referencing Case Nos. 2:01-CR-00373-1 and 2:23-CV-00450-TL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

DATED this 11th day of April 2023.

Tana Lin
United States District Judge

[PROPOSED] AGREED CONTINUING GARNISHMENT ORDER
Nos. 2:23-cv-0450-TL; 2:01-CR-00373-1 ) – 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970