The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANITA DUNLAP a/k/a ALEXIS FRANCOIS,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>KING COUNTY PAYROLL,<br><br>　　　Garnishee. | NO. 2:23-cv-00450-TL<br><br>(2:23-MC-00019)<br>(2:01-CR-00373-1)<br><br>[Proposed] Order Terminating Garnishment Proceeding |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated under 28 U.S.C. § 3205(c)(10)(C).

//

//

//

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(Nos. 2:23-cv-0450-TL; 2:01-CR-00373-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

IT IS ORDERED that the garnishment is terminated and that King County Payroll is relieved of further responsibility under the writ of garnishment issued in this case.

DATED this 28th day of February 2024.

_____
Tana Lin
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(Nos. 2:23-cv-0450-TL; 2:01-CR-00373-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970